UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

JOANDARK KASSAB, Plaintiff,

v.

SAN DIEGO POLICE DEPARTMENT, et al., Defendants.

Case No. 07cv1299-WQH (WMc)

**NOTICE REGARDING ORDER TO SHOW CAUSE HEARING**

On December 12, 2007, the Court issued an order setting an Early Neutral Evaluation ("ENE") for January 17, 2008, directing all parties to submit ENE statements, and requiring all parties and counsel to appear in person at the conference. Plaintiff did not submit a statement and did not attend the ENE. Defendants and defense counsel complied with the Court's orders.

As a result, the Court issued an Order to Show Cause requiring Plaintiff to file a declaration on or before January 29, 2008, explaining her failures, and to appear before the Court on February 5, 2008. Plaintiff did not file a timely declaration and did not appear as required. Defense counsel, Daniel Bamberg, appeared at

the hearing. The Court took the sanctions issue under submission.

Plaintiff repeatedly has failed to comply with this Court's orders. However, because this case was transferred to Magistrate Judge William McCurine as of January 23, 2008, this OSC also is transferred to Magistrate Judge McCurine.

**IT IS SO ORDERED.**

DATED: February 6, 2008

BARBARA L. MAJOR
United States Magistrate Judge

COPY TO:

HONORABLE WILLIAM Q. HAYES
U.S. DISTRICT JUDGE

ALL COUNSEL