UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE KASSAB, ) | Case No. 07cv1071 WQH (WMc) |
| ) | |
| Plaintiff, ) | **ORDER FOLLOWING STATUS** |
| ) | **CONFERENCE IN CASE NUMBERS** |
| v. ) | **07-CV-1071 AND 07-CV-1299** |
| ) | |
| SAN DIEGO POLICE DEPARTMENT, a ) | |
| municipal corporation, et al., ) | |
| ) | |
| Defendants. ) | |

The Court held a status conference in case numbers 07-cv-1071 WQH (WMc) and 07-cv-1299 WQH (WMc) on March 18, 2008. *Pro se* Plaintiff Steve Kassab appeared. *Pro se* Plaintiff Joandark Kassab appeared. Attorney Daniel Bamberg appeared on behalf of Defendants in both of the aforementioned cases. After hearing from plaintiffs and counsel of record, the Court issues the following orders:

1. All discovery is STAYED until March 31, 2008.

2. The Court will hold a *joint* **TELEPHONIC** Status Conference in case numbers 07-cv-1071 and 07-cv-1299 on **April 1, 2008 at 1:45 p.m.** Defense Counsel is ordered to contact the opposing parties and then initiate a joint call to the Court on the day and at the time listed above. Plaintiffs shall provide Defendants with a contact number where they can be reached for the teleconference **no later than March 26, 2008**.

3.  All parties are to exchange witness contact information in accordance with Rule 26. Contact information shall be RECEIVED by any party **no later than March 26, 2008.**

4.  All dates in the current scheduling order for case number 07-cv-1071 WQH (Wmc) [Doc No. 32] are **VACATED** and will be re-scheduled by the Court after the April 1, 2008 teleconference**.**

5. No sanctions will issue in connection with the January 17, 2008 Order to Show Cause for Plaintiff's failure to appear in case number 07-cv-1299 WQH (WMc). [*See* Doc. No. 19.]

6.  For the purposes of judicial economy and fairness, discovery issued in case number 07-cv-1071 WQH (WMc) may be used in 07-cv-1299 WQH (WMc) and vice versa.

**IT IS SO ORDERED.**

Dated: March 18, 2008

_____
Hon. William McCurine, Jr.
U.S. Magistrate Judge, U.S. District Court

COPY TO:

HON. WILLIAM Q. HAYES, UNITED STATES DISTRICT JUDGE
PLAINTIFF *PRO SE* IN CASE NO. 07-CV-1071
PLAINTIFF *PRO SE* IN CASE NO 07-CV-1299
ALL PARTIES AND COUNSEL OF RECORD